# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RAHN, | Case No.: 1:15-CV-01879 --- JLT |
| Plaintiff, | ORDER REFERRING THE MATTER TO VDRP |
| v. | |
| DAVIDSON BOATS, INC., et al., | |
| Defendants. | |

The parties have agreed to have the matter referred to the Court's Voluntary Dispute Resolution Program before beginning discovery. Therefore, the Court **ORDERS**:

1. The matter is referred to the Voluntary Dispute Resolution Program;

2. All case dates are **VACATED** and the scheduling conference will be set if it becomes necessary.

IT IS SO ORDERED.

Dated: **February 29, 2016**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE