1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JEFF RAHN,

           Plaintiff,

    v.

DAVIDSON BOATS, INC., et al.,

           Defendants.

Case No.: 1:15-CV-01879 JLT

ORDER AFTER MID-DISCOVERY STATUS CONFERENCE

The Court issued a scheduling order in this case requiring the parties to exchange initial disclosures by May 26, 2016.  (Doc. 19 at 2)  The plaintiff has failed to comply. In the scheduling order, the Court required the parties to participate in a mid-discovery status conference and to file a joint report in advance of that hearing. (Doc. 19 at 3.)  Though the defendants report they provided a draft report for revision by the plaintiff's attorney, he did not respond. Id.

At the mid-discovery status conference, Mr. Dunn, counsel for the plaintiff, appeared.  He explained that the plaintiff had not cooperated in providing information needed to make the initial disclosures and that the plaintiff has conducted no discovery.  Therefore, the Court **ORDERS**:

    1.    The plaintiff **SHALL** provide his **full and complete** Rule 26 initial disclosures so that they are <u>received</u> by defendants' counsel **no later 5 p.m. on September 23, 2016**;

    2.    If defendants' counsel does not receive the plaintiff's initial disclosures by September 23, 2016, the defendants **SHALL** file a notice of the failure with the Court no later than September 26,

2016.

   **The plaintiff is admonished that if he fails to comply with any further order of the Court, fails to cooperate in this litigation or to prosecute this action, the Court may dismiss this case without further notice.**


IT IS SO ORDERED.

   Dated:   **September 12, 2016**            **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE