# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RAHN,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVIDSON BOATS, INC., et al.,<br><br>        Defendants. | Case No.: 1:15-cv-1879 - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 32) |

On May 30, 2017, Defendants notified the Court that the parties had reached a settlement of the matter "in its entirety and unconditionally." (Doc. 32) Pursuant to Local Rule 160, the Court **ORDERS**:

1. The stipulated request for dismissal **SHALL** be filed no later than **June 20, 2017**; and
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated: **May 31, 2017**          **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE