**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF RAHN,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVIDSON BOATS, INC., et al.,<br><br>        Defendants. | Case No.: 1:15-cv-1879 - JLT<br><br>ORDER DISMISSING THE ACTION WITH PREJUDICE |

On May 30, 2017, Defendants notified the Court that the parties had reached a settlement of the matter "in its entirety and unconditionally." (Doc. 32) Now, the plaintiff requests the Court dismiss the action with prejudice. (Doc. 34) Therefore, the matter is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

   Dated: __**June 22, 2017**__                          **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE